## 51624. HUDGINS v. THE STATE.

QUILLIAN, Judge.

A review of the instant record reveals no basis for reversing the judgment from which appeal was taken.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED JANUARY 15, 1976 — DECIDED FEBRUARY 2, 1976.

## 51657. HARRIS v. THE STATE.

QUILLIAN, Judge.

The instant case was transferred by the Supreme Court to this court.

From a careful consideration of the record of this out-of-time appeal, we find no basis for reversal.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED JANUARY 15, 1976 — DECIDED FEBRUARY 2, 1976.

*Saul, Blount & Avrett, Percy J. Blount,* for appellant.
*Richard E. Allen, District Attorney, J. Bacheller Flythe, Assistant District Attorney,* for appellee.